UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACKANIK VASHAWN TURNER,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

vs.                                     Case No.:

BLACKSTONE MEDICAL
SERVICES, LLC,

        Defendant.
_____/

## NOTICE OF FIILING

    COMES NOW, Plaintiff, ACKANIK VASHAWN TURNER, Individually and on behalf of all others similarly situated, by and through his undersigned counsel, gives Notice of Filing Consent to Join FLSA Action for the following individuals:

**Ackanik Vashawn Turner**

**Jose Carpintero**

**Ellie Gardens**

    I HEREBY CERTIFY that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                **FLORIN GRAY BOUZAS OWENS, LLC**

                                               */s/ Miguel Bouzas*_____
                                               **MIGUEL BOUZAS, ESQUIRE**
                                               Florida Bar No.: 48931
                                               miguel@fgbolaw.com

**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
<u>wolfgang@fgbolaw.com</u>
16524 Pointe Village Drive
Suite 100
Lutz, Florida 33558
(727) 254-5255
(727) 483-7942 (fax)


*Trial Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACKANIK VASHAWN TURNER,
Individually and on behalf of all others
similarly situated,

        Plaintiff,

vs.                               Case No.:

BLACKSTONE MEDICAL
SERVICES, LLC,

        Defendant.
_____/

## CONSENT TO JOIN FLSA ACTION

1.    I, ACKANIK VASHAWN TURNER, am a current or former employee of Defendant, BLACKSTONE MEDICAL SERVICES, LLC, ("Defendant"), and I hereby agree and consent to join the above styled lawsuit seeking damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2.    I am the named Plaintiff in this lawsuit, have knowledge that there are other current and/or past employees of Defendant who are similarly situated, and believe that similarly situated individuals have a desire to join the above-styled lawsuit.

3.    I hereby designate Plaintiff's counsel, Florin Gray Bouzas Owens, LLC, and any appointed co-counsel, to represent me in this and any future action alleging unpaid wages against Defendant.

4.    In the event that no conditional certification is sought in this action, or in the event that this action is conditionally certified and later decertified, I authorize Plaintiff's counsel to re-use this Consent form to re-file my claims in a separate or related action under the FLSA or any other applicable federal, state, or local laws providing for the payment of wages, against Defendant or any related

entity and their officers or directors and any other individuals who may be personally liable for failing to pay all wages due.

Signature: *Ackanik V. Turner*
ID N3qHzT7GTeKq4sKnErzPjnGN

Date: 3/24/2021

3/24/2021

## eSignature Details

**Signer ID:** N3qHzT7GTeKq4sKpErzPjpGN
**Signed by:** Ackanik "Shawn" Turner
**Sent to email:** Shawnturner25@gmail.com
**IP Address:** 72.186.98.24
**Signed at:** Mar 24 2021, 10:09 am EDT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACKANIK VASHAWN TURNER,
Individually and on behalf of others
similarly situated,

      Plaintiff,

vs.                                                            CASE NO.:

BLACKSTONE MEDICAL
SERVICES, LLC,

      Defendant.
_____/

## CONSENT TO JOIN FLSA ACTION

1. I, JOSE CARPINTERO, am a current or former employee of BLACKSTONE MEDICAL SERVICES, LLC, ("Defendant") and I hereby agree and consent to join the above styled lawsuit seeking damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 ("FLSA").

2. I am similarly situated to the named Plaintiff in this lawsuit, have knowledge that there are other current and/or past employees of Defendant who are similarly situated, and believe that similarly situated individuals have a desire to join the above-styled lawsuit.

3. I hereby designate Plaintiff's counsel, Florin Gray Bouzas Owens, LLC, and any appointed co-counsel, to represent me in this and any future action alleging unpaid wages against Defendant.

4. In the event that no conditional certification is sought in this action, or in the event that this action is conditionally certified and later decertified, I authorize Plaintiff's counsel to re-use this Consent form to re-file my claims in a separate or related action under the FLSA or any other applicable federal, state, or local laws providing for the payment of wages, against Defendant or any related entity and their officers or directors and any other individuals who may be personally liable for failing to pay all wages due.

Signature: _[signed]_                      Date: 3/24/2021
ID_JqtnQnYqrC3nTK15TyrJdAm5

## eSignature Details

**Signer ID:** JgtnQnYqrC3nTK15TyrJdAm6
**Signed by:** Jose Carpentero
**Sent to email:** josecarpintero199214@gmail.com
**IP Address:** 172.58.169.234
**Signed at:** Mar 24 2021, 11:02 am EDT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACKANIK VASHAWN TURNER,
Individually and on behalf of others
similarly situated,

    Plaintiff,

vs.

CASE NO.:

BLACKSTONE MEDICAL
SERVICES, LLC,

    Defendant.
_____/

## CONSENT TO JOIN FLSA ACTION

    1.    I, ELLIE GARDENS, am a current or former employee of BLACKSTONE MEDICAL SERVICES, LLC, ("Defendant") and I hereby agree and consent to join the above styled lawsuit seeking damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 ("FLSA").

    2.    I am similarly situated to the named Plaintiff in this lawsuit, have knowledge that there are other current and/or past employees of Defendant who are similarly situated, and believe that similarly situated individuals have a desire to join the above-styled lawsuit.

    3.    I hereby designate Plaintiff's counsel, Florin Gray Bouzas Owens, LLC, and any appointed co-counsel, to represent me in this and any future action alleging unpaid wages against Defendant.

    4.    In the event that no conditional certification is sought in this action, or in the event that this action is conditionally certified and later decertified, I authorize Plaintiff's counsel to re-use this Consent form to re-file my claims in a separate or related action under the FLSA or any other applicable federal, state, or local laws providing for the payment of wages, against Defendant or any related entity and their officers or directors and any other individuals who may be personally liable for failing to pay all wages due.

Signature: _____    Date: 3/24/2021

ID_kb8oKDJoxEunxBoixECvo4UL

## eSignature Details

**Signer ID:** kb8eKDJexEuaxBejxECyq4UL
**Signed by:** Ellie Gardens
**Sent to email:** elliemarie5@gmail.com
**IP Address:** 96.58.121.216
**Signed at:** Mar 24 2021, 11:49 am EDT